IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA     :     CASE NO.: 3:11MJ30 UNITED STATES

Magistrate Michael R. Merz

    Plaintiff

                            :

v

JOSE EDUARDO SILVA-SERVIN a/k/a   :     ORDER TO UNSEAL DOCUMENTS
"Jose Angel Arroyo-Vidal"

    Defendant

_____

Upon Motion of the United States and for good cause shown, the Motion to Seal,

Order to Seal, the Complaint and Arrest Warrant filed in this matter on November 23, 2011 is

hereby unsealed.

2/21/2012
DATE

MICHAEL R. MERZ
United States Magistrate Judge