# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff(s), | : | Case No. 3:12-cr-025 |
| - vs - | : | District Judge Thomas M. Rose |
| JOSE ANGEL ARROYO VIDAL | : | |
| Defendant(s). | : | |
| | : | |

## ORDER

It is hereby ORDERED that Jon Paul Rion, Attorney At Law or any attorney associated with Rion, Rion and Rion, LPA Inc. are to be allowed to meet with the above mentioned defendant at the Montgomery County Jail.

IT IS SO ORDERED.

February 24, 2012

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE