# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

**Plaintiff,**

-vs-

**Case No. 3:12-CR-25**
**District Judge Thomas M. Rose**

**JOSE EDUARDO SILVA-SERVIN,**

**Defendant.**

---

## ORDER GRANTING ORAL MOTION TO CONTINUE TRIAL

---

Upon oral motion of the Defendant made in open court on Friday, June 15, 2012, and for good cause appearing therefore, the Court **GRANTS** Defendant's oral Motion to Continue Trial pursuant to 18 U.S.C. §3161 (h)(7)(A). This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendant's in a speedy disposition of his case. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS HEREBY ORDERED that the Final Pretrial Conference be continued to **August 23, 2012**, at **2:00 p.m.** and the Jury Trial in this case be continued to **September 10, 2012**, at **9:00 a.m.**

IT IS SO ORDERED.

Date: **June 18, 2012**

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT